IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 09 2020

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 5:20CR00030 |
| v. | *In violation of:* |
| PAUL WAYNE SHELL | 18 U.S.C. §§ 842, 844 |

# INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### 18 U.S.C. § 842(h)
*Possession of Stolen Explosives*

1. On or about September 3, 2019, in the Western District of Virginia, the defendant, PAUL WAYNE SHELL, knowingly possessed and sold stolen explosive materials, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that the explosive materials were stolen.

2. All in violation of Title 18, United States Code, Sections 842(h) and 844(a).

### COUNT TWO
### 18 U.S.C. § 842(i)
*Possession of Explosive by a Prohibited Person*

3. On or about September 3, 2019, in the Western District of Virginia, the defendant, PAUL WAYNE SHELL, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly receive and possess explosive materials, which had been shipped and transported in and affecting interstate commerce.

4. All in violation of Title 18, United States Code, Sections 842(i) and 844(a).

TRUE BILL this \_\_9\_\_ day of September, 2020.

                                                                        s/ Grand Jury Foreperson
                                                                         FOREPERSON

THOMAS T. CULLEN
UNITED STATES ATTORNEY